#3

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

CRUZ TORRES-GONZALEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1879-H

I, CRUZ TORRES-GONZALEZ, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6/10/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Cruz-Torrez
Defendant

Counsel for Defendant

Before
Judicial Officer

FILED
JUN 10 2008